IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Plaintiff,

  v.

LUCIANO RAMIREZ-SALAZAR,

     Defendant.
_____/

Civ. S-04-0202-DFL
Cr. S-97-0591-DFL

O R D E R

On June 19, 2002, the court denied defendant's motion under 28 U.S.C. § 2255. On April 28, 2004, the court dismissed defendant's January 29, 2004 motion under § 2255 as a "second or successive petition." Defendant now moves to alter or amend judgment as to his initial § 2255 petition.

A district court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b). See School Dist. No. 1J, Multnomah County v. AC&S, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence,

1    (2)committed clear error or the initial decision was manifestly
2    unjust, or (3) if there is an intervening change in controlling
3    law." Id. at 1263.  Defendant has not established that he is
4    entitled to reconsideration under this standard.
5         In addition, defendant's current motion is more properly
6    construed as a second or successive petition.  See Thompson v.
7    Calderon, 151 F.3d 918, 921 (9th Cir.1998) ("In most cases when
8    the factual predicate for a Rule 60(b) motion also states a claim
9    for a successive petition under 28 U.S.C. § 2244(b) . . . the
10   Rule 60(b) motion should be treated as a successive habeas
11   petition.")  Defendant has not complied with the requirement that
12   a "second or successive" motion be certified as provided in §
13   2244 by a panel of the appropriate court of appeals.
14        Therefore, defendant's May 31, 2005 motion is DENIED.
15        IT IS SO ORDERED.
16   Dated: 6/30/2005

_____
DAVID F. LEVI
United States District Judge