IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

LUCIANO RAMIREZ-SALAZAR,

        Defendant.
_____/

Civ. S-04-0202-DFL
Cr. S-97-0591-DFL

O R D E R

    On June 19, 2002, the court denied defendant's motion under 28 U.S.C. § 2255. On April 28, 2004, the court dismissed defendant's January 29, 2004 motion under § 2255 as a "second or successive petition." Defendant now moves to alter or amend judgment as to his initial § 2255 petition under Rule 60(B) of the Federal Rules of Civil Procedure.

    A district court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b). See School Dist. No. 1J, Multnomah County v. AC&S, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993). "Reconsideration is appropriate if the district

1 | court (1) is presented with newly discovered evidence,
2 | (2)committed clear error or the initial decision was manifestly
3 | unjust, or (3) if there is an intervening change in controlling
4 | law." Id. at 1263.  Defendant has not established that he is
5 | entitled to reconsideration under this standard.  The defendant
6 | seeks retroactive application of Apprendi v. New Jersey, 530 U.S.
7 | 466 (2000), and Blakely v. Washington, 542 U.S. 296 (2004).
8 | However, the Ninth Circuit has held that Apprendi and Blakeley do
9 | not apply to cases on collateral review.  See Schardt v. Payne,
10 | 414 F.3d 1025 (9th Cir. 2005).  Accordingly, the motion lacks
11 | merit and will be denied.
12 | In addition, defendant's current motion is more properly
13 | construed as a second or successive petition.  See Thompson v.
14 | Calderon, 151 F.3d 918, 921 (9th Cir. 1998).  Defendant has not
15 | complied with the requirement that a "second or successive"
16 | motion be certified as provided in § 2244 by a panel of the
17 | appropriate court of appeals.
18 | Therefore, defendant's May 31, 2005 motion is DENIED.
19 | IT IS SO ORDERED.
20 | Dated: 9/14/2005

_____
DAVID F. LEVI
United States District Judge

2