1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  Counsel Designated for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Seeking Appointment as Attorney for Defendant
6  LUCIANO RAMIREZ-SALAZAR

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,        )  No. Cr. S 97-591 JAM
12                                   )
                      Plaintiff,     )  **REQUEST FOR APPOINTMENT OF**
13                                   )  **COUNSEL; ORDER**
          v.                         )
14                                   )  **RETROACTIVE CRACK COCAINE**
   LUCIANO RAMIREZ-SALAZAR,          )  **REDUCTION CASE**
15                                   )
                      Defendant.     )
16                                   )  Judge: Hon. JOHN A. MENDEZ
                                     )
17 _____   )

        Pursuant to 18 U.S.C. §§ 3006A(c) and 3852(c)(2), Defendant,
18
   LUCIANO RAMIREZ-SALAZAR, hereby requests the Court appoint the Office
19
   of the Federal Defender and Assistant Federal Defender David M. Porter
20
   as counsel to represent him with respect to his motion to reduce
21
   sentence pursuant to 18 U.S.C. § 3582(c)(2), filed April 29, 2009.  Mr.
22
   Porter is familiar with the case and is willing to accept the
23
   appointment.*
24
        Appointment of counsel would serve the interests of justice in
25
   this case because it might facilitate a negotiated disposition of the
26

27
   _____

28      * Mr. Ramirez-Salazar has authorized the undersigned to file this
   application on his behalf.

1   motion.   Because Mr. Ramirez-Salazar's substantial rights may be

2   affected by these criminal proceedings, he is constitutionally entitled

3   to appointment of counsel.  *Mempa v. Rhay*, 389 U.S. 128, 134 (1967).

4        Accordingly, Mr. Ramirez-Salazar requests the Court issue the

5   order lodged herewith.

6   Dated:   December 15, 2010

7                                   Respectfully submitted,

8                                   DANIEL J. BRODERICK
                                    Federal Defender
9

10                                  ___/s/ *David M. Porter*___
                                    DAVID M. PORTER
11                                  Assistant Federal Defender

12                                  Seeking Appointment as Attorney for Movant
                                    LUCIANO RAMIREZ-SALAZAR
13

14                                  **O R D E R**
15

16       Pursuant to defendant's request, and good cause appearing

17   therefor, the Office of the Federal Defender and Assistant Federal

18   David M. Porter is hereby appointed to represent defendant with respect

19   to his motion to reduce sentence.

20   DATED:   December 15, 2010

21                                  /s/ John A. Mendez_____
                                    HONORABLE JOHN A. MENDEZ
                                    United States District Judge
22

23

24

25

26

27

28

REQUEST FOR COUNSEL
                                   -2-