DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LUCIANO RAMIREZ-SALAZAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>LUCIANO RAMIREZ-SALAZAR,<br><br>        Defendant.<br>_____ | No. Cr. S 97-591 JAM<br><br>**STIPULATED MOTION and ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>**RETROACTIVE CRACK COCAINE REDUCTION CASE**<br><br>Judge: Hon. JOHN A. MENDEZ |

    Defendant, LUCIANO RAMIREZ-SALAZAR, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney MARY L. GRAD, hereby stipulate as follows:

    1.   Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

    2.   On November 1, 2007, Amendment 706 regarding sentencing for crack cocaine became effective, and by Amendment 713, effective March 3, 2008, retroactive application of Amendment 706 was permitted;

3. The parties agree that after consideration of the factors set forth in 18 U.S.C. § 3553(a), a term of imprisonment sufficient but not greater than necessary to promote the traditional goals of sentencing would be 220 months; and,

4. Accordingly, the parties request the court enter the order lodged herewith reducing Mr. Ramirez-Salazar's term of imprisonment to 220 months.

Dated: December 15, 2010

Respectfully submitted,

| BENJAMIN WAGNER | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |

*/s/ Mary L. Grad*  */s/ David M. Porter*
MARY L. GRAD   DAVID M. PORTER
Assistant U.S. Attorney   Assistant Federal Defender

Attorney for Plaintiff   Attorney for Movant
UNITED STATES OF AMERICA   LUCIANO RAMIREZ-SALAZAR

**ORDER**

This matter came before the Court on the pro se motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2), filed on April 29, 2009, and on August 3, 2009.

On April 5, 2001, this Court resentenced Mr. Ramirez-Salazar to a term of imprisonment of 240 months. The parties agree, and the Court finds, that pursuant to Amendments 706 and 713, and in light of the factors set forth in 18 U.S.C. § 3553(a), a term of imprisonment sufficient but not greater than necessary to effectuate the traditional goals of sentencing is 220 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed on April 5, 2001 is reduced to 220 months.

IT IS FURTHER ORDERED that all other terms and provisions of the STIPULATION AND ORDER TO REDUCE SENTENCE

1  original judgment remain in effect.
2      Unless otherwise ordered, Mr. Ramirez-Salazar shall report to the
3  United States Probation office closest to the release destination
4  within seventy-two hours after his release.
5  Dated:  December 15, 2010

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Judge

STIPULATION AND ORDER TO REDUCE SENTENCE
-3-